# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**MICHAEL L. SHWARTZ**   **PLAINTIFF**

**VS.**   **CIVIL ACTION NO. 4:16-cv-00115-MPM-JMV**

**HICHAM KHODR**   **DEFENDANT**

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Milton Dannelly "Dee" Hobbs, Jr. ("Movant"), individually and on behalf of Harris Shelton Hanover Walsh, PLLC, requests this Court, pursuant to L.U.Civ.R. 83.1(b)(3), to enter an order allowing Milton Dannelly "Dee" Hobbs, Jr. and Harris Shelton Hanover Walsh, PLLC, to withdraw as counsel for Plaintiff in this cause. In support of this motion, Movant states:

1. Movant, as an attorney practicing with the firm Harris Shelton Hanover Walsh, PLLC, made initial appearances in this matter by being listed as "Of Counsel" for Plaintiff in the Complaint filed June 8, 2016 and in the First Amended Complaint filed June 9, 2016.

2. Movant's motion to withdraw as counsel for Plaintiff is made with the consent of Plaintiff. Movant's withdrawal as counsel will not prejudice Plaintiff in any manner and will not delay proceedings in this case.

3. Plaintiff has been and will continue to be represented by other counsel in this matter, being Stephen Land McDavid of McDavid & Associates, PC.

4. Following this withdrawal, if required by the Court, Movant may provide assistance to Plaintiff and his counsel with respect to matter where Movant

1

solely has information needed to prosecute or defend this case, however, the need for such assistance is not anticipated at this time between Movant and Plaintiff.

RESPECTFULLY SUBMITTED, this 5th day of August, 2016.

_____
Milton Dannelly "Dee" Hobbs, Jr. (MSB#101924)
HARRIS SHELTON HANOVER WALSH, PLLC
829 N Lamar Blvd, Suite 2
Oxford, Mississippi 38655
Telephone: (662) 234.7447
Facsimile: (662) 234-3776
dhobbs@harrisshelton.com

WITH CONSENT OF PLAINTIFF

_____
Michael L. Schwartz w/ permission mdh
Michael L. Shwartz
317 Third Street
Grenada, MS 38901

2