UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL L. SHWARTZ**                                                          **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 4:16-cv-00115-MPM-JMV**

**HICHAM KHODR**                                                         **DEFENDANT**

## MOTION FOR RULE 11 SANCTIONS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Hicham Khodr ("Khodr"), who pursuant to Rule 11 of the Federal Rules of Civil Procedure, moves this Court for appropriate sanctions (including, but not limited to, attorneys' fees and costs) against Michael L. Shwartz ("Shwartz") and his counsel. As more fully set forth in the attached Memorandum, this litigation was filed to harass, cause unnecessary delay, and needlessly increase the cost of litigation, all in violation of Rule 11. This suit was filed with full knowledge that the very issues set forth in Shwartz's Complaint are currently pending before the U.S. District Court for the Eastern District of Louisiana in a suit which names both of the parties involved herein, and the United States Fifth Circuit has already ruled on the admissibility of parol evidence, a decision which binds this Honorable Court. Unsatisfied with the ruling by the Fifth Circuit, Shwartz seeks to subject Khodr to duplicative and abusive litigation in violation of Rule 11.

**WHEREFORE**, Hicham Khodr respectfully prays that this Honorable Court grant his Motion for Rule 11 Sanctions and award attorney's fees and costs incurred in defending this matter or for other appropriate sanctions and/or other relief, general and equitable, as the case may permit.

Respectfully submitted this the 10th day of August, 2016.

                        HICHAM KHODR
                        Defendant


BY:   */s/ Joshua A. Hill*
        JOSHUA A. HILL
        MS Bar No. 103261

        AND

        MARK A. DREHER
        MS Bar No. 100797

        Attorneys for Defendant

OF COUNSEL:

BUTLER SNOW LLP
P.O. Box 1138
Oxford, MS 38655
(662) 513-8000
josh.hill@butlersnow.com
mark.dreher@butlersnow.com

## CERTIFICATE OF SERVICE

I, Joshua A. Hill, hereby certify that on this day I caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all registered attorneys:

STEPHAN LAND MCDAVID (MSB#8380)
MCDAVID & ASSOCIATES, PC
1109 Van Buren Avenue
Post Office Box 1113
Oxford, Mississippi 38655
Telephone: (662) 281-8300
Facsimile: (662) 281-8353
smcdavid@mcdavidlaw.com

Milton Dannelly "Dee" Hobbs, Jr.
Harris Shelton Hanover Walsh PLLC
829 North Lamar Blvd Ste 2
Oxford, Mississippi 38655
Telephone: (662) 234-7447
Facsimile: (662) 234-3776
dhobbs@harrisshelton.com

ATTORNEYS FOR PLAINTIFF

SO CERTIFIED this, the 10th day of August, 2016.

/s/ Joshua A. Hill
JOSHUA A. HILL