**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MICHAEL L. SHWARTZ**                                                                                 **PLAINTIFF**

**VS.**                                                                                            **CASE NO. 4:16-CV-115-MPM-JMV**

**HICHAM KHODR**                                                                                         **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "Filing a jurisdictional defense motion . . . stays the attorney conference and disclosure requirements and all discovery **not related** to the issue pending the court's ruling on the motion, including any appeal." (emphasis added). Defendant Hicham Khodr filed a Motion to Dismiss for Lack of Personal Jurisdiction [13] on August 10, 2016.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the Motion to Dismiss for Lack of Personal Jurisdiction [13]. If any party desires to take jurisdictional-related discovery, they must file a motion for leave to do so within seven (7) days hereof setting forth the type and scope of such discovery and an estimated time frame for conducting it. If any party objects to the motion, it shall file its objection within four (4) days following service of the motion for jurisdictional-related discovery.

The parties shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to dismiss for lack of personal jurisdiction and shall submit a proposed order lifting the stay in the event the personal jurisdiction motion is denied.

**SO ORDERED** this, the 16th day of August, 2016.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**