**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MICHAEL L. SHWARTZ**                                                    **PLAINTIFF**

**V.**                                                    **CAUSE NO. 4:16CV115-MPM-JMV**

**HICHAM KHODR**                                                    **DEFENDANT**


**SHOW CAUSE ORDER**

This matter is before the court *sua sponte* for the purpose of requiring counsel for the parties to show cause, at a hearing, for the creation–including when, how, and the purpose for which it was created–and circulation of a certain purported text order appearing in the email string attached as Exhibit A.  The hearing to show cause will be set for 3:00 PM, Monday, August 29, 2016, in Greenville Mississippi.  All counsel are required to be present, and counsel should also make available for the hearing any lawyer in their employ who appears as a transmitter of the purported text order in the email string attached as Exhibit A.

SO ORDERED this 26th day of August, 2016.


/s/ Jane M. Virden
U. S. Magistrate Judge

# EXHIBIT A