

**Fw: Activity in Case 4:16-cv-00115-MPM-JMV Shwartz v. Khodr Amended Order Staying Case**

**Brittany Frankel**    to: Necee Brownlee, Dean Dacus    08/25/2016 10:02 AM

From: Brittany Frankel/MSND/05/USCOURTS
To: Necee Brownlee/MSND/05/USCOURTS@USCOURTS, Dean Dacus/MSND/05/USCOURTS@USCOURTS,

**Brittany Brooks Frankel**
Law Clerk to Magistrate Judge Jane M. Virden
United States District Court for the Northern District of Mississippi
305 Main Street, Room 329
Greenville, Mississippi 38701
Telephone: 662-390-4302
Facsimile: 662-332-6881

----- Forwarded by Brittany Frankel/MSND/05/USCOURTS on 08/25/2016 10:02 AM -----

From: Sheena Edwards <Sheena.Edwards@butlersnow.com>
To: "'brittany_frankel@msnd.uscourts.gov'" <brittany_frankel@msnd.uscourts.gov>,
Date: 08/25/2016 09:33 AM
Subject: FW: Activity in Case 4:16-cv-00115-MPM-JMV Shwartz v. Khodr Amended Order Staying Case

**Sheena M. Edwards**
*Legal Assistant*
**Butler Snow LLP**

D: (662) 513-8003 | F: (662) 513-8001
1200 Jefferson Avenue, Suite 205, Oxford, MS 38655
P.O. Box 1138, Oxford, MS 38655-1138
Sheena.Edwards@butlersnow.com | vCard

Twitter | LinkedIn | Facebook | YouTube

**From:** Josh Hill
**Sent:** Thursday, August 25, 2016 9:23 AM
**To:** Sheena Edwards
**Subject:** FW: Activity in Case 4:16-cv-00115-MPM-JMV Shwartz v. Khodr Amended Order Staying Case

**Josh A. Hill**
**Butler Snow LLP**

D: (662) 513-8008 | F: (662) 513-8001
1200 Jefferson Avenue, Suite 205, Oxford, MS 38655
P.O. Box 1138, Oxford, MS 38655-1138
Josh.Hill@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Steve McDavid [mailto:smcdavid@mcdavidlaw.com]
**Sent:** Thursday, August 25, 2016 8:20 AM
**To:** Josh Hill
**Subject:** Fwd: Activity in Case 4:16-cv-00115-MPM-JMV Shwartz v. Khodr Amended Order Staying Case

Josh,

In light of the court changing this order, can you guys agree to give us an additional week with briefs due on Sept 15?
Thanks
Steve

---------- Forwarded message ----------
From: **McDavid & Associates, PC** <admin@mcdavidlaw.com>
Date: Wed, Aug 24, 2016 at 4:07 PM
Subject: Fwd: Activity in Case 4:16-cv-00115-MPM-JMV Shwartz v. Khodr Amended Order Staying Case
To: Steve McDavid <smcdavid@mcdavidlaw.com>
Did you see this? Everything is due on September 8th.
Best regards,

Merry C. Johnson, J.D.
McDavid & Associates, PC
1109 Van Buren Avenue
Post Office Box 1113
Oxford, Mississippi 38655
Telephone: (662) 281-8300
admin@mcdavidlaw.com

---------- Forwarded message ----------
From: <ecf_Information@msnd.uscourts.gov>
Date: Wed, Aug 24, 2016 at 8:47 AM
Subject: Activity in Case 4:16-cv-00115-MPM-JMV Shwartz v. Khodr Amended Order Staying Case
To: ecf_notice@msnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Northern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 8/24/2016 at 8:47 AM CDT and filed on 8/24/2016

| | |
|---|---|
| **Case Name:** | Shwartz v. Khodr |
| **Case Number:** | [4:16-cv-00115-MPM-JMV](#) |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**TEXT ONLY AMENDED ORDER STAYING CASE, clarifying scope of stay. Stay applies to discovery only pursuant to L.U. Civ. R. 16(b)(3)(B). [15] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , [11] MOTION FOR SANCTIONS, [13] MOTION TO DISMISS FOR LACK OF JURISDICTION Responses due by 9/8/2016.** **No further written order shall issue from this court. Signed by Magistrate Judge Jane M. Virden on 8/24/2016. (bbf) (no document attached)**

**4:16-cv-00115-MPM-JMV Notice has been electronically mailed to:**

Stephan L. McDavid     smcdavid@mcdavidlaw.com, admin@mcdavidlaw.com, atty@mcdavidlaw.com

Milton D. Hobbs     dhobbs@harrisshelton.com, andrea@harrisshelton.com

Joshua Adam Hill     Josh.Hill@butlersnow.com, mark.dreher@butlersnow.com, rae.hopkins@butlersnow.com

**4:16-cv-00115-MPM-JMV Notice has been delivered by other means to:**

--
Stephan Land McDavid
McDavid & Associates, PC
662-281-8300

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.