UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

CIVIL MINUTES

**CASE NO. 4:16cv115**  **PLACE HELD**: Telephonic

**SHWARTZ v. KHODR**

**DATE & TIME BEGUN/ENDED:** 8/29/2016 @ 3:00 - 3:15 pm

**TOTAL TIME: 15 Minutes**

**PRESENT:**
   **HONORABLE JANE M. VIRDEN, MAGISTRATE JUDGE**

   <u>Dean Dacus</u>             <u>Digital</u>
   **Deputy Clerk**              **Court Reporter**


   **Attorneys for plaintiff(s):**     **Attorneys for defendant(s):**
   Stephen McDavid                Josh Hill
   Merry Johnson - Paralegal      Mark Dreher

**PROCEEDINGS:** Show Cause Hearing

**Docket entry:** Hearing held. Order to be entered.

                                    **DAVID CREWS, CLERK**

                                    By:    /s/ Dean Dacus
                                              Courtroom Deputy